# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon Waldrop, et al., | No. CV-16-02748-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Teel Law Offices LLC, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 75) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the above-captioned matter with prejudice, each side to bear their own costs and attorney's fees.

Dated this 2nd day of October, 2018.

_____
G. Murray Snow
Chief United States District Judge